Davis agt. Rich.

must more or less rest upon circumstances peculiar to itself. Taking into consideration the time when and place where the outrage complained of was committed, the peculiar and aggravating circumstances attending it, I am of opinion that although no difficult questions of law are expected to arise, yet that the facts in the case are of sufficient importance to render it a discreet exercise of power to send the writ of inquiry in in this case to the circuit to be executed.

Rule accordingly.

GEORGE R. DAVIS, Receiver, &c., agt. WILLIAM RICH *et al.*

An *affidavit* sworn before an officer who has no jurisdition to take it, as appears from the venue in the affidavit, cannot be read on motion.

*February Term*, 1846.

MOTION by defendants, at last December special term, for judgment as in case of nonsuit.

The venue in the affidavit, made on the part of the defendants for the motion, stated it to be "Albany county, ss.," and the affidavit was sworn to before "Abram B. Olin, Recorder of the city of Troy" (Rensselaer county).

L. J. LANSING, *defendants' counsel and attorney.*

D. C. WOODCOCK, *plaintiff's counsel.*

C. M. DAVIS, *plaintiff's attorney.*

Plaintiff's counsel objected to reading the affidavit, for the reason that it appeared that the officer before whom it was sworn had no jurisdiction to take it.

JEWETT, Justice. Denied the motion with costs, without prejudice, for the reason stated in the objection.